UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Cristina Andra

    Debtor(s)

Case No. 13-41275

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/22/2013.

2) The plan was confirmed on 01/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/31/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/22/2015.

5) The case was completed on 03/03/2017.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $3,800.00.

10) Amount of unsecured claims discharged without payment: $48,822.94.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,382.10 |
| Less amount refunded to debtor | $22.10 |
| **NET RECEIPTS:** | **$18,360.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $779.88 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,779.88** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARMED FORCES BANK | Unsecured | 200.00 | 193.69 | 193.69 | 37.30 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 729.00 | 646.23 | 646.23 | 124.44 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 893.00 | 876.57 | 876.57 | 168.80 | 0.00 |
| BAXTER CREDIT UNION | Secured | 7,725.00 | 7,725.00 | 7,725.00 | 7,725.00 | 582.45 |
| BAXTER CREDIT UNION | Unsecured | NA | 1,358.26 | 1,358.26 | 261.55 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | NA | 671.33 | 671.33 | 129.27 | 0.00 |
| CHECK N GO | Unsecured | 150.00 | 2,910.28 | 2,910.28 | 560.41 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 570.00 | 583.60 | 583.60 | 112.38 | 0.00 |
| COUNTRY DOOR | Unsecured | 356.00 | 357.47 | 357.47 | 68.84 | 0.00 |
| CREDIT FIRST NA | Unsecured | 1,186.00 | 1,179.69 | 1,179.69 | 227.16 | 0.00 |
| DIRECTV | Unsecured | 240.00 | 1,117.91 | 1,117.91 | 215.27 | 0.00 |
| GINNYS | Unsecured | 345.00 | 345.05 | 345.05 | 66.44 | 0.00 |
| HEIGHTS FINANCE CORP | Secured | 100.00 | 100.00 | 100.00 | 100.00 | 0.70 |
| ILLINOIS DEPT OF REVENUE | Priority | 200.00 | 313.04 | 313.04 | 313.04 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 333.81 | 333.81 | 64.28 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,418.00 | 1,720.80 | 1,720.80 | 331.36 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 25.00 | 168.40 | 168.40 | 32.43 | 0.00 |
| K JORDAN | Unsecured | NA | 195.08 | 195.08 | 37.57 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 653.00 | 991.98 | 991.98 | 191.02 | 0.00 |
| LAKOTA CASH PAYDAY FINANCIAL | Unsecured | 400.00 | 487.50 | 487.50 | 93.87 | 0.00 |
| LVNV FUNDING | Unsecured | 594.00 | 666.93 | 666.93 | 128.43 | 0.00 |
| MASSEYS | Unsecured | 191.00 | 573.22 | 573.22 | 110.38 | 0.00 |
| MERRICK BANK | Unsecured | 503.00 | 569.42 | 569.42 | 109.65 | 0.00 |
| MONTGOMERY WARD | Unsecured | 344.00 | 344.01 | 344.01 | 66.24 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 440.00 | 521.57 | 521.57 | 100.44 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 699.80 | 699.80 | 134.76 | 0.00 |
| PROGRESSIVE FINANCE | Unsecured | 529.00 | 556.64 | 556.64 | 107.19 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 654.00 | 654.76 | 654.76 | 126.08 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,532.00 | 1,532.65 | 1,532.65 | 295.13 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T | Unsecured | 2,171.00 | NA | NA | 0.00 | 0.00 |
| AUM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AARON DWORIN MD | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| AMERIMARK BANK | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| CARMEN SHIBA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/CHASE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CHECK ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| DAVID TRAMER | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 1,184.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FURNITURE | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| GECRB/GAP | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| GREAT PLAINS LENDING | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA/BASS & ASSOC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| DR BLIDY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE PD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LAKE CO RADIOLOGY ASSOC | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| LUTHERAN GENERAL HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| LUTHERAN GENERAL HOSPITAL | Unsecured | 2,656.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| INFINITY INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PAYDAY LOANS | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH SYSTE | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| METAINDIGO | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| MONEY NOW 321 | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SLC CONDUIT | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| USAA BANK | Unsecured | 1,457.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| STONE CANYONE LENDING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SURE ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE GREEN MGMT | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HARWOOD HEIGHTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LAKEMOOR | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE PARK OF PALATINE | Unsecured | 3,540.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 412.00 | 412.76 | 412.76 | 79.48 | 0.00 |
| SPRINT CORP | Unsecured | 1,000.00 | 622.08 | 622.08 | 119.79 | 0.00 |
| T MOBILE | Unsecured | NA | 1,243.24 | 1,243.24 | 239.40 | 0.00 |
| T MOBILE | Unsecured | NA | 107.82 | 107.82 | 20.76 | 0.00 |
| THE SWISS COLONY | Unsecured | 504.00 | 504.56 | 504.56 | 97.16 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,974.00 | 1,891.46 | 1,891.46 | 364.23 | 0.00 |
| VON MAUR | Unsecured | NA | 194.30 | 194.30 | 37.42 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,725.00 | $7,725.00 | $582.45 |
| All Other Secured | $100.00 | $100.00 | $0.70 |
| **TOTAL SECURED:** | **$7,825.00** | **$7,825.00** | **$583.15** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $313.04 | $313.04 | $0.00 |
| **TOTAL PRIORITY:** | **$313.04** | **$313.04** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,232.87** | **$4,858.93** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,779.88 |
| Disbursements to Creditors | $13,580.12 |
| **TOTAL DISBURSEMENTS :** | **$18,360.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/07/2017                              By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**